UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

EDWARD DICKEY,

                Defendant.

**ORDER**

17 Cr. 677 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will conduct a violation of supervised release hearing in this matter on **Thursday, June 17, 2021 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       June 3, 2021

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge