UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      Plaintiff,

 - against -

EDWARD DICKEY,

      Defendant.

**ORDER**

17 Cr. 677 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

  The hearing scheduled for September 17, 2021 is adjourned to **Monday, October 4, 2021 at 10:00 a.m.**

Dated: New York, New York
   September 16, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge