**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*By ECF*

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: September 20, 2021

Re:   *United States v. Edward Dickey*, 17 Cr. 677 (PGG)

Dear Judge Gardephe:

     I write on consent (Assistant United States Attorney Samuel Rothschild and Senior U.S. Probation Officer George Olivares) to respectfully request that the Court permit Mr. Dickey to travel to the Eastern District of Virginia between September 24 and September 28, 2021 to celebrate his daughter's birthday. On June 17, 2021, the Court adjourned sentencing on Mr. Dickey's violation of supervised release for a period of 90 days, and Mr. Dickey has been wholly compliant with all the conditions of release during this period. The next conference in this matter is now scheduled for October 4, 2021, at which time I expect the parties to jointly request that Mr. Dickey's supervision be successfully terminated. Mr. Dickey will provide his itinerary and contact information to the Probation Office in advance of travel.

                                   Respectfully submitted,

                                   /s/
                                   Martin S. Cohen
                                   Ass't Federal Defender
                                   Tel.: (212) 417-8737

cc:   Samuel Rothschild, Esq., by ECF
       George Olivares, U.S. Probation Officer, by e-mail