UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | **ORDER** |
| -against- | 17 Cr. 677 (PGG) |
| EDWARD DICKEY, | |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

The hearing currently scheduled for October 4, 2021 at 10:00 a.m. will now take place on **October 4, 2021 at 9:30 a.m.**

Dated: New York, New York
October 1, 2021

SO ORDERED.

_Paul Gardephe_
Paul G. Gardephe
United States District Judge